# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY UDOM, | ) Case No. CV 14-2838-RGK (JPR) |
| Plaintiff, | ) |
| vs. | ) **JUDGMENT** |
| CITY OF LOS ANGELES et al., | ) |
| Defendants. | ) |

Pursuant to the Order Dismissing Action for Failure to Prosecute, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: January 9, 2015

_____
R. GARY KLAUSNER
U.S. DISTRICT JUDGE